```
                  UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION

TERRY BUTLER                                          PLAINTIFF

VS.                               CIVIL ACTION NO. 3:13CV82TSL-JMR

JACKSON POLICE DEPARTMENT, ET AL.                    DEFENDANTS
```

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge John M. Roper entered on October 31, 2013, recommending that plaintiff's motion for a temporary restraining order and/or a preliminary injunction be denied. Plaintiff Terry Butler filed an objection to the report and recommendation, which merely reiterates his unsupported accusation that the Jackson Police Department has retaliated against him for filing this lawsuit. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well reasoned and should be adopted as the court's own opinion.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate John M. Roper entered on October 31, 2103, be, and the same is hereby, adopted as the opinion of this court. Accordingly, it is further ordered that plaintiff's motion for a temporary restraining order and/or a preliminary injunction is denied.

SO ORDERED this 14th day of November, 2013.


                        /s/ Tom S. Lee
                        UNITED STATES DISTRICT JUDGE